UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICK FORD,

              Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
CORRECTION AND
REHABILITATION, et al.,

              Defendants.

Case No. 2:25-cv-03081-DOC-MAA

**ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 22.)  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

    (1)    The Report and Recommendation of United States Magistrate Judge is

           **ACCEPTED**;

///

///

(2)   The Motion to Dismiss ("Motion," ECF No. 19) is **GRANTED**;

(3)   The action is **DISMISSED without prejudice**.

DATED: May 5, 2026

_____
 HONORABLE DAVID O. CARTER
 UNITED STATES DISTRICT JUDGE

2